ACCEPTED
05-15-00879
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/30/2015 4:53:48 PM
LISA MATZ
CLERK

05-15-00879-CV

CC-11-00258-C

| | | |
|---|---|---|
| MARC SAUTY and | § | IN THE COUNTY COURT |
| BENEDICTE SAUTY | § | |
| Plaintiffs, | § | AT LAW NUMBER THREE |
| v. | § | |
| LORRIE FRAZIN, | § | DALLAS COUNTY, TEXAS |
| Defendant. | § | |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/30/2015 4:53:48 PM
LISA MATZ
Clerk

# DEFENDANT'S NOTICE OF APPEAL

1. LORRIE FRAZIN, defendant, desires to appeal from the final judgment signed by this court on June 22, 2015.

2. Defendant appeals to the Fifth Court of Appeals.

Respectfully submitted,

/s/ Andrew C. Powell
Andrew C. Powell
Texas Bar No. 24079155
5302A Beltline Rd.
Dallas, Texas  75254
Tel. 214-295-5058
Fax 214-261-2232
apowell@attorney-email.com

**ATTORNEY FOR DEFENDANT**

**NOTICE OF APPEAL**

## CERTIFICATE OF SERVICE

By my signature, I certify that I faxed a copy of the above and foregoing document to counsel of record for Plaintiffs as follows:

Name of recipient:         Lloyd Ward

Fax number of recipient:     (214) 736-1833

Address of recipient:       8111 LBJ Freeway, Suite 395
Dallas, Texas 75251

Date of service:           July 20, 2015

_____
Andrew C. Powell

**NOTICE OF APPEAL**